# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL PAYNE

NO. 2020 KW 1294

**JANUARY 21, 2021**

In Re:     State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 03-19-0174.

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**  The district court did not abuse its vast discretion in finding that the prejudicial effect of the evidence substantially outweighed its probative value.  <u>See</u> La. Code Evid. arts. 403 & 412.2.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
           FOR THE COURT